UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rabia Hamidani, individually and on behalf of all others similarly situated, | 1:22-cv-01026 |
| Plaintiff, | Hon. Sharon Johnson Coleman |
| - against - | |
| Bimbo Bakehouse LLC, | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 18, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com